IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLAUDE GELINAS,

       Plaintiff,

v.                                       No. 12cv1038 JB/LAM

PRESBYTERIAN HEALTHCARE
SERVICES, INC.,

       Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT
ON COUNT I OF PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 56, Defendant Presbyterian Healthcare Services ("Presbyterian") moves for summary judgment on Count I of Plaintiff's complaint. In support of this motion, Presbyterian states that discovery has failed to produce evidence sufficient to support Plaintiff's antitrust claims. Plaintiff does not oppose the motion.

                    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                    By */s/ Charles K. Purcell*          
                       Bruce Hall
                       Charles K. Purcell
                  Post Office Box 1888
                  Albuquerque, New Mexico 87103
                  Telephone: (505) 765-5900
                  Facsimile: (505) 768-7395
                  E-Mail: kpurcell@rodey.com
                  *Attorneys for Defendant Presbyterian Healthcare Services*

We hereby certify that a copy of the foregoing certificate was served on counsel of record through the Court's CM/ECF system this 21st day of January, 2014:

> Michael L. Danoff
> Ryan Danoff
> 1225 Rio Grande Blvd. NW
> Albuquerque, N.M. 87104-2630
> michaeldanoff@qwestoffice.net
> rdanoff@michaeldanoff.com

By: */s/ Charles K. Purcell*
    Charles K. Purcell