IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLAUDE GELINAS,

    Plaintiff,

v.   No. CIV-12-1038 JB/LAM

PRESBYTERIAN HEALTHCARE
SERVICES, INC.,

    Defendant.

# ORDER TO FILE CLOSING DOCUMENTS
# AS A RESULT OF SETTLEMENT

The Court has been notified that the parties reached a negotiated resolution in this matter.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Friday, March 14, 2014,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**