IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLAUDE GELINAS,

       Plaintiff,

v.                                  No. 12cv1038 JB/LAM

PRESBYTERIAN HEALTHCARE SERVICES, INC.,

       Defendant.

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses this action with prejudice, with each side to bear its own costs.

MICHAEL DANOFF & ASSOCIATES, P.C.

By:__/s/ Michael L. Danoff_____
    Michael L. Danoff
    Ryan P. Danoff
Attorneys for Plaintiff
1225 Rio Grande Boulevard NW
Albuquerque, New Mexico 87104
Telephone:  (505) 262-2383

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: /s/ Charles K. Purcell
    Bruce Hall
    Charles K. Purcell
Attorneys for Defendant
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900