# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CLAUDE GELINAS,

        Plaintiff,

vs.                                          No. CIV 12-1038 JB/LAM

PRESBYTERIAN HEALTHCARE SERVICES, INC.,

        Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal, filed March 19, 2014 (Doc. 63), in which the parties agreed that, pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the "Plaintiff hereby dismisses this action with prejudice, with each side to bear its own costs." Stipulation of Dismissal at 1. Because the Stipulation of Dismissal disposes of all claims and parties before the Court, the Court now enters final judgment.

**IT IS ORDERED** that Plaintiff Claude Gelinas' claims and case against Defendant Presbyterian Healthcare Services, Inc. are dismissed with prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Michael L. Danoff
Ryan Danoff
Michael Danoff & Associates, P.C.
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

- 2 -

Bruce D. Hall
Charles K. Purcell
Krystle A. Thomas
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

      *Attorneys for the Defendant*